# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MP STAR FINANCIAL, INC., | ) CASE NO. 1:19-cv-537 |
| | ) |
| Plaintiffs, | ) JUDGE PAMELA A. BARKER |
| | ) |
| v. | ) **STIPULATED NOTICE OF DISMISSAL** |
| | ) |
| NEXIUS SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

Plaintiff MP Star Financial, Inc. and Defendant Nexius Solutions, Inc. by and through their undersigned counsel, submit this Stipulated Notice of Dismissal, pursuant to Fed. Civ. R. 41(a)(1)(A)(ii), of all claims brought herein with prejudice. Each party shall bear their own costs, expenses and attorney fees.

Respectfully submitted,

| | |
|---|---|
| */s/ David M. Cuppage* | */s/ Anthony A. Agosta (per email consent)* |
| David M. Cuppage (0047104) | Anthony A. Agosta (OH: 0088921) |
| Nicholas R. Oleski (0095808) | CLARK HILL, PLC |
| MCCARTHY, LEBIT, CRYSTAL | 500 Woodward Avenue |
|   & LIFFMAN CO., LPA | Suite 3500 |
| 101 West Prospect Avenue | Detroit, MI 48226 |
| 1800 Midland Building | Telephone: (313) 965-8300 |
| Cleveland, Ohio 44115 | Fax: (313) 309-6823 |
| Telephone: (216) 696-1422 | E-mail: aagosta@clarkhill.com |
| Facsimile: (216) 696-1210 | |
| Email: dmc@mccarthylebit.com | *Attorney for Defendant* |
|        nro@mccarthylebit.com | |

*Attorneys for Plaintiff*

Dated: July 29, 2020

{01466917-1}

**CERTIFICATE OF SERVICE**

The foregoing was electronically filed this 29th day of July 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ David M. Cuppage*
                                          David M. Cuppage (0047104)